**Joan WOJCIECHOWSKI,
Plaintiff–Appellant,**

v.

**BELL ATLANTIC NETWORK SERVICES, INCORPORATED; Bell Atlantic Maryland, Incorporated; Holly Fry; Theresa Beck; Linda Pabst, Defendants–Appellees.**

No. 01–2164.

United States Court of Appeals,
Fourth Circuit.

Submitted March 27, 2002.

Decided May 29, 2002.

Robin R. Cockey, Cockey, Brennan & Maloney, P.C., Salisbury, Maryland, for Appellant. R. Michael Smith, Dechert, Price & Rhoads, Washington, D.C., for Appellees.

Before LUTTIG, MICHAEL, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Joan Wojciechowski appeals the district court's order dismissing her civil action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Wojciechowski v. Bell Atlantic Network Servs., Inc.,* No. CA–99–3766–L (D.Md. Aug. 29, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*